# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title:  Case Number: **25 CV 3418**

**Haffner, as Trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Health & Welfare Fund and as Trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Pension Fund**

v.

**Orient Express Service Co.**

An appearance is hereby filed by the undersigned as attorney for:

**Defendant, Orient Express Service Co.**

Attorney Name: **Todd A. Miller**

Firm: **Allocco, Miller & Cahill, P.C.**

Street Address: **20 N. Wacker Drive, Suite 3517**

City/State/Zip: **Chicago, Illinois 60606**

Bar ID Number: **6216561**     Telephone Number: **(312) 675-4325**

Email Address: **tam@alloccomiller.com**

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you Federal
☐ Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/21/2025

Attorney signature:  S/ *Todd A. Miller*