# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL T. HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND, | Case No. 25 cv 3418 |
| Plaintiffs, | |
| v. | Judge Durkin |
| ORIENT EXPRESS SERVICE CO., | |
| Defendant. | |

## JOINT STATUS REPORT

Now come the Plaintiffs, by and through their attorney Travis J. Ketterman of McGann Ketterman & Rioux, and the Defendant, by its attorneys Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., to provide the Joint Status Report.

1. The complaint was filed to obtain the monthly reports and contribution payments owed by Orient Express Service Co. to the Benefit Funds for the months of November 2024 through the present.

2. Since the last status report, the June 2025 contributions were paid on August 28, 2025; the July 2025 contributions were paid on September 5, 2025; the August 2025 contributions were paid on September 25, 2025.

3. The Plaintiffs provided an updated accounting of amounts owed to the Defendant on September 25, 2025.

4. The parties are working to secure the payment of the remaining amounts owed.

5. The parties respectfully request 45 days to continue working to obtain a resolution.

Respectfully Submitted,

| | |
|---|---|
| CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND et al. | ORIENT EXPRESS SERVICE CO. |
|      s/Travis J. Ketterman<br>By: _____<br>     TRAVIS J. KETTERMAN |      s/Todd A. Miller<br>By: _____<br>     TODD A. MILLER |
| Travis J. Ketterman<br>Attorney for Plaintiffs<br>McGann Ketterman & Rioux<br>111 East Wacker Drive, Suite 2300<br>Chicago, Illinois 60601<br>312.251.9700<br>tketterman@mkrlaborlaw.com | Todd A. Miller<br>Attorney for Defendant<br>Allocco, Miller & Cahill, P.C.<br>20 N. Wacker Drive, Suite 3517<br>Chicago, Illinois 60606<br>312-675-4325<br>tam@alloccomiller.com |

September 25, 2025