# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL T. HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND, | ) ) ) ) ) ) ) |
| Plaintiff, | ) |
| v. | ) |
| ORIENT EXPRESS SERVICE CO., | ) |
| Defendants. | ) |

25-cv-3418

## NOTICE OF AFFILIATES DISCLOSURE STATEMENT

Plaintiffs, Michael T. Haffner, as Trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Health & Welfare Fund and as Trustee of the Chauffeurs, Teamsters & Helpers Local Union No. 301 Pension Fund, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, provides the following information to this Court:

Plaintiffs are all multi-employer trust funds having no publicly held affiliates.

/s/ Travis J. Ketterman
_____
Travis J. Ketterman, Attorney for Plaintiffs

Travis J. Ketterman
McGann, Ketterman & Rioux
111 E. Wacker Dr., Suite 2300
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701
tketterman@mkrlaborlaw.com
January 5, 2026