**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Michael T. Haffner, as Trustee of the Chauffeurs,
Teamsters & Helpers Local Union No. 301 Health &
Welfare Fund and as Trustee of the Chauffeurs,
Teamsters & Helpers Local Union No. 301 Pension Fund

                                                                    Plaintiff,

v.                                                                      Case No.:
                                                                      1:25−cv−03418
                                                                      Honorable Thomas
                                                                      M. Durkin

Orient Express Service Co.

                                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 15, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: The 1/9/2026 joint status report deadline is extended to 1/22/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.