**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL T. HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 HEALTH & WELFARE FUND and as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION NO. 301 PENSION FUND, | ) ) ) ) ) ) ) | Case No. 25 cv 3418 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Durkin |
| ORIENT EXPRESS SERVICE CO., | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Now come the Plaintiffs, by and through their attorney Travis J. Ketterman of McGann Ketterman & Rioux, and the Defendant, by its attorneys Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., to provide the Joint Status Report.

1.      The complaint was filed to obtain the monthly reports and contribution payments owed by Orient Express Service Co. to the Benefit Funds for the months of November 2024 through the present.

2.      Since the last status report in March 2026, the parties have reached a settlement that involves a consent judgment and a stay of execution. The parties are drafting the settlement documents.

3.      The parties intend to submit the consent judgment to the court in the next 28 days, once completed and approved by the parties.

1

2

Respectfully Submitted,


CHAUFFEURS, TEAMSTERS & HELPERS
LOCAL UNION NO. 301 HEALTH &
WELFARE FUND et al.

    s/Travis J. Ketterman

By: _____
    TRAVIS J. KETTERMAN


Travis J. Ketterman
Attorney for Plaintiffs
McGann Ketterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
312.251.9700
tketterman@mkrlaborlaw.com

May 5, 2026

ORIENT EXPRESS SERVICE CO.

    s/ Todd A. Miller

By: _____
    TODD A. MILLER


Todd A. Miller
Attorney for Defendant
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
312-675-4325
tam@alloccomiller.com

2