## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Michael T. Haffner, as Trustee of the Chauffeurs,
Teamsters & Helpers Local Union No. 301 Health &
Welfare Fund and as Trustee of the Chauffeurs,
Teamsters & Helpers Local Union No. 301 Pension Fund

Plaintiff,

v.

Case No.:
1:25−cv−03418

Honorable Thomas
M. Durkin

Orient Express Service Co.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: The 6/4/2026 joint status report deadline is extended to 6/23/2026, unless the consent judgment is submitted before then. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.