**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL T. HAFFNER, as Trustee of the CHAUFFEURS, TEAMSTERS & HELPERS | ) ) ) | Case No. 25 cv 3418 |
| Plaintiffs, | ) ) ) | Judge Durkin |
| v. | ) ) | |
| ORIENT EXPRESS SERVICE CO., | ) ) | |
| Defendant. | ) | |

**JUDGMENT ORDER**

WHEREAS, upon joint motion of the Plaintiffs and the Defendant and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered on behalf of the Plaintiffs and against Defendant Orient Express Service Co. in the amount of $17,737.40.

ENTERED:

_Thomas M Durkin_

Judge Thomas M. Durkin

Dated: August 3, 2026

1